UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY EARL DUDLEY, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 7:16-CV-403-KS |
| NANCY A. BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Defendant's Motion for Remand [DE-20] and remands this case to the Commissioner under sentence four of 42 U.S.C. §405(g) for further proceedings.

This judgment filed and entered on May 31, 2017, with *electronic service* upon:

**Karl Osterhout**
**Paul Eaglin**
*Counsel for Plaintiff*
*via CM/ECF*

**David Mansfield**
*Counsel for Defendant*
*via CM/ECF*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

May 31, 2017

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk