UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JIMMY EARL DUDLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 7:16-cv-403-KS |
| | ) | |
| NANCY A. BERRYHILL, | ) | **CONSENT ORDER** |
| Acting Commissioner of | ) | |
| Social Security, | ) | *Electronic Filing* |
|     Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Jimmy Earl Dudley, is awarded attorney fees under the EAJA in the amount of Six Thousand Three Hundred Dollars and 00/100 ($6,300.00) in filing fees in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of Six Thousand Three Hundred Dollars and 00/100 ($6,300.00) in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This 25th day of August, 20 17..

*Kimberly A. Swank*
United States Magistrate Judge

**CONSENTED TO:**

Date: 8/22/17

/s/ Karl E. Osterhout
Karl E. Osterhout, Esquire
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
PH: 412-794-8003 (ext 401)
FX: 412-794-8050
Karl@mydisabilityattorney.com
*Attorney for Plaintiff*

Date: 8/22/17

/s/ David M. Mansfield*
David M. Mansfield
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
Ph: (410) 966-2305
Fx: 410-597-0137
David.mansfield@ssa.gov
*Attorney for Defendant*
*Permission to use electronic signature was obtained via email dated 8/22/17.