UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY EARL DUDLEY,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NANCY A. BERRYHILL,  )<br>*Acting Commissioner of Social Security,*  )<br>    Defendant.  ) | **JUDGMENT**<br><br>Case No. 7:16-CV-403-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' Consent Motion for Attorney Fees [DE-23].

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner pay the sum of $6,300.00 in attorney fees in full satisfaction of any and all claims arising under EAJA 28 U.S.C. § 2412(d).

This judgment filed and entered on August 28, 2017, with *electronic service* upon:

**Karl Osterhout**
**Paul Eaglin**
*Counsel for Plaintiff*
*via CM/ECF*

**David Mansfield**
*Counsel for Defendant*
*via CM/ECF*

                                              **PETER A. MOORE, JR.**
                                              **CLERK, U.S. DISTRICT COURT**

August 28, 2017                                        /s/ *Shelia D. Foell*
                                                           (By): Shelia D. Foell, Deputy Clerk